

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2014

No. 04-14-00507-CR

**IN RE** Susan **REED**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On August 4, 2014, the respondent in this original proceeding filed a motion for extension of time to file a response to the petition for writ of mandamus. The motion is GRANTED. A response on behalf of the respondent is due no later than August 28, 2014.

It is so **ORDERED** on August 5th, 2014.        PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 413040; 413041 and 413042, styled *The State of Texas v. Ricardo Garza*, pending in the County Court at Law No. 15, Bexar County, Texas, the The Honorable Michael La Hood presiding.